FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR - 9 2007

JAMES N. HATTEN, Clerk
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

L. JAMES RICHARDS,                     :

      Plaintiff,                     :

                          :

v.                                     :       CIVIL ACTION NO.
                          :       1:03-CV-2282-WEJ

WELLS REAL ESTATE FUNDS,               :
INC. and WELLS INVESTMENT              :
SECURITIES, INC,                       :

                          :

      Defendants.                    :

## <u>VERDICT</u>

Do you find from a preponderance of the evidence:

1.     That religion was a substantial or motivating factor that prompted

the Defendants not to hire Plaintiff?

Answer Yes or No   *No*  .

If you answered No, you need not answer the remaining questions.

2.     That the Plaintiff should be awarded damages to compensate for a

net loss of wages and benefits to the date of trial?

Answer Yes or No          .

If your answer is Yes, in what amount? $            .

AO 72A
(Rev. 8/82)

3.     That a higher management official of the Defendants acted with

malice or reckless indifference to the Plaintiff's federally protected

rights?

Answer Yes or No _____.

If your answer is Yes, what amount of punitive damages do you award?

$_____.

**SO SAY WE ALL.**

Date: _3/9/07_____                    _~~signature~~_____

FOREPERSON

2