AO450 (Rev. 5/85) Judgment in a Civil Case

**FILED IN CHAMBERS**
**U.S.D.C. Rome**

**MAR 13 2007**

JAMES N. HATTEN, Clerk
By: *Kari Buth* Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

L. JAMES RICHARDS

V.

WELLS REAL ESTATE FUNDS, INC.
WELLS INVESTMENT SECURITIES INC.

**JUDGMENT IN A CIVIL CASE**

Case Number:   1:03-CV-2282-WEJ

**X Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That the plaintiff take nothing, that the action be dismissed on the merits and that the defendants, Wells Real Estate Funds, Inc. and Wells Investment Securities, Inc., recover their costs of this action.

March 13, 2007
Date

JAMES N. HATTEN
Clerk

*Kari Buth*
(By) Deputy Clerk